**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIM KENDALL, as Representative of the ESTATE OF MARVIN R. KENDALL, Deceased<br>TOWN OF BARNET,<br>VERMONT DEPARTMENT OF TAXES, and<br>NATIONSTAR MORTGAGE LLC,<br><br>Defendants. | ) | Case No. 2:25-cv-00479-WKS |

**ORDER**

**THIS MATTER** having been opened to the Court upon the Agreed Motion to Dismiss Defendant Nationstar Mortgage LLC filed by the Plaintiff, United States of America, and Defendant, Nationstar Mortgage LLC, for dismissal of this matter as to Nationstar Mortgage LLC pursuant to Fed. R. Civ. P. 21 on the cause of action against it, and with the Court having carefully reviewed and considered all moving and opposing papers; and finding good cause existing for the entry hereof,

**IT IS** on this 17th day of September 2026, ORDERED THAT:

1. The Agreed Motion to Dismiss Defendant Nationstar Mortgage LLC filed by the Plaintiff, United States of America, and Defendant, Nationstar Mortgage LLC, is hereby granted in its entirety;

/s/ William K. Sessions III
Hon. William K. Sessions III, U.S.D.J.